IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re:<br><br>**CARLOS A. BAEZ-MORA,**<br><br>Debtor. | Case No.: 17-17984-TJC<br>Chapter 7 |

## CARLOS A. BAEZ-MORA
## WAIVER OF DISCHARGE

Carlos A. Baez-Mora, Debtor herein, intending to waive any discharge that I may be entitled to in the above-captioned case and under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

1. I, Carlos A. Baez-Mora, Debtor herein, am over the age of eighteen and competent to testify.

2. I, Carlos A. Baez-Mora, waive any discharge under 11 U.S.C. § 727 to which I may be otherwise entitled in this bankruptcy case.

3. By signing this Waiver of Discharge, I make the following representations: (a) I have executed this Waiver of Discharge voluntarily; (b) this Waiver of Discharge represents a conscious and informed judgment to waive my discharge in bankruptcy in this case; and (c) I am aware of all of the consequences resulting from entering into this Waiver.

4. I have been advised that, by signing this Waiver of Discharge, I will remain personally liable for my debts, including the ones that I identified in this bankruptcy case, and that I will not be able to discharge those debts by filing a subsequent Chapter 7 case.

5. I have been advised of my right to retain an attorney. I have decided to sign this Waiver without seeking the advice of an attorney.

6.  I am executing this Waiver of Discharge in accordance with 11 U.S.C. §727(a)(10).

/s/ *Carlos A. Baez-Mora*
Carlos A. Baez-Mora
11607 Connecticut Ave
Silver Spring, MD 20902
*Debtor*


**I HEREBY CERTIFY** that the terms of this Waiver of Discharge submitted to the Court are identical to those set forth in the original Waiver of Discharge; and that signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original Waiver of Discharge.

/s/ *Lynn A. Kohen*
Lynn A. Kohen
Counsel for the U.S. Trustee

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 6-th day of ~~October~~ November, 2018 a true and correct copy of the foregoing Waiver of Discharge was served by first-class mail, postage prepaid, to:

Carlos A. Baez-Mora
11607 Connecticut Avenue
Silver Spring, MD 20902
*Debtor*

Atlas Acquisitions LLC
Attn: Avi Schild
294 Union St
Hackensack, NJ 07601

Synchrony Bank
c/o PRA Receivables
Management, LLC
PO Box 41021
Norfolk, VA 23541

And by ECF notification to:

- Charles Ryan Cohill   rcohill@cameronmericle.com, jcameron@cameronmericle.com
- Lynn A. Kohen   lynn.a.kohen@usdoj.gov
- Craig Palik   cpalik@mhlawyers.com, fsych@mhlawyers.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com
- Cheryl E. Rose   trusteerose@aol.com, crose@ecf.epiqsystems.com
- Roger Schlossberg   trustee@schlosslaw.com, MD20@ecfcbis.com
- US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV
- Michael G. Wolff   trustee@wolawgroup.com, mwolff@ecf.epiqsystems.com;dgodfrey@wolawgroup.com

*Lynn A. Kohen*
Lynn A. Kohen

3