# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In re:   party 1 Gedalia Vera                             Case No.   #17-17984

        party 2 Gedalia Carretero                          Chapter   7

        Debtor(s)

---

Title

Type here This is in regards to the Bankruptcy filed by Carlos Baez-Mora on 6/917
We are opposing the bankruptcy filed by Carlos Baez Mora and asking him to pay us back. The amount he owes us was not and is not a loan. He tried to send us another agreement and changed it to a loan but we did not sign. We want the money paid back since he is still acting and working as a broker. We filed a dispute with the Attorneys General office and we found out we could claim our funds back since this person is still acting and working as a Broker and taking money from people who want to purchase homes. We would also like an extension and a hearing since the bankrupcty was sent to our old address in Silver Spring, MD. We have not lived there for over 10 years. We have been living in Germantown, MD. We received all the envelopes from the bankruptcy court just recently and we deserve a hearing and more time to prove this debtos (Carlos Baez Mora) should pay the money he took from us back. As a broker he even took money from my mother as commission. When she found the buyer for her home and he was not the procuring cause of the sale. He is a criminal.

Please give us more time and a hearing since we only had a few days to dispute this bankruptcy. Thanks
Gedalia Vera
12220 Emerald Way
Germantown, MD 20876

11/26/2018

Carlos Baez MoraCarlos Baez MoraCarlos Baez MoraCarlos Baez Mora

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

FILED
2018 NOV 26 PM 2:41
US BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

IN RE:
*****************************

Gedalia Vera Carreton
Gedalia Carreteno
(Plaintiff)

vs.

Carlos Baez Mora
(Defendant)

Case No. 17-17984
Chapter 7
Motion No. _____
(If applicable)
Adversary No. _____
(If applicable)

## PRAECIPE

The Clerk will please Give us more time to oppose the debtor. The bankruptcy was sent to an old address we have not resided at this address for over 10 years. We want to have the time to oppose and prove that the debtor Carlos Baez Mora should pay us back the money he took from us. The money was not a loan to him and should not be part of a bankruptcy. Please see my ID attached.

DATE: 11/26/18

(Name) Gedalia Vera (Printed)
(Signature)
12220 Emerald Way
Germantown, MD 20876
(Address)
2025281938 Cell
(Telephone No.)

(Representing)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:     * Case Number: 17 17984

           * Chapter: 7

           *

Debtor(s)
Carlos Baez Mora *

           *

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26 day of November, 2018, a copy of my ID stating I do not live in the address where Carlos Baez Mora sent the bankruptcy, and that I did not give him a loan. He took money from may people. Not loans.

was mailed first class mail, postage prepaid to:

Name: Roger Schlossberg
Address: PO Box 2067
City, State, Zip Code: Hagerstown, MD 21742-2067

Name: Michael G. Wolff
Address: 15245 Shady Grove Rd #465
City, State, Zip Code: Rockville, MD 20850

Name: Cheryl E. Rose
Address: 9812 Falls Rd #114-334
City, State, Zip Code: Potomac, MD 20854

Signature: Gedalia Vera